UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 23-1352-DMG (AFMx) | Date | July 3, 2023 |
| Title | *Pamela Rose Neely v. Target Corporation* | Page | 1 of 1 |

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| KANE TIEN | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| NONE PRESENT | NONE PRESENT |

**Proceedings:  IN CHAMBERS—ORDER TO SHOW CAUSE AND NOTICE TO ALL PARTIES**

On May 26, 2023, the Court set a Scheduling Conference.  [Doc. # 13.]  As required by the Court's May 26, 2023 Order, Fed. R. Civ. P. 26(f), and Local Rule 26-1, counsel are required to file a Joint Rule 26(f) Report.  To date, a Joint Rule 26(f) Report has not been filed.

IT IS HEREBY ORDERED that the parties show cause in writing no later than **July 17, 2023**, why sanctions should not be imposed for their failure to cooperate and participate with opposing counsel in a Rule 26(f) conference and for failure to file a **Joint** Rule 26(f) Report.  The filing of a Joint Rule 26(f) Report by the deadline will be deemed a satisfactory response.  **Failure to timely respond to this Order to Show Cause will result in the dismissal of this action for lack of prosecution.**

The scheduling conference on July 14, 2023 is hereby VACATED and will be rescheduled if necessary.

IT IS SO ORDERED.